UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>            Plaintiff,<br><br>      v.<br><br>FEDERAL TRADE COMMISSION,<br><br>            Defendant. | Civil Action No. 24-3022 (TJK) |

## JOINT STATUS REPORT

Plaintiff Functional Government Initiative and Defendant Federal Trade Commission, through counsel, respectfully submit this Joint Status Report pursuant to the Court's January 13, 2025, Minute Order.

1.    This is a Freedom of Information Act ("FOIA") case. Plaintiff filed its complaint on October 23, 2024, and Defendant timely answered on January 10, 2025. The case concerns two FOIA requests dated August 9, 2024 (assigned Request Nos. 2024-01593 and 2024-01594), that Plaintiff sent to the Federal Trade Commission.

2.    On January 13, 2025, the Court ordered "that the parties shall meet, confer, and file, by January 27, 2025, a joint proposed schedule for briefing or disclosure." Min. Order of Jan. 13, 2025.

3.    Defendant reports that, at the time that Plaintiff filed its Complaint, its FOIA unit had already collected potentially responsive records from certain identified custodians and was in the course of processing records for interim release to Plaintiff. On December 12, 2024, the FTC made an interim release to Plaintiff of records responsive to Request No. 2024-01594. Defendant

further reports that it is currently preparing an interim release of records responsive to Request No. 2024-01593 and expects to make that production to Plaintiff within the next several weeks.

4. Defendant reports that its search for responsive records with respect to both Request Nos. 2024-01593 and 2024-01594 are ongoing. Because the searches are still in progress, Defendant is not yet able to ascertain the volume of records or provide a time estimate for the processing of records but currently anticipates completing the search within the next sixty days, at which point it expects to have this information.

5. The parties propose that they file an additional Joint Status Report in sixty days—on or before March 28, 2025—with an update to the Court on the status of the search results, including an estimated page count and processing schedule if available.

Dated: January 27, 2025
Washington, DC

   /s/ Jeremiah Lee Morgan
Jeremiah Lee Morgan
WILLIAM J. OLSON, P.C.
370 Maple Avenue West Suite 4
Vienna, VA 22180
(703) 356-5070
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:      /s/ Christina O'Tousa
CHRISTINA O'TOUSA, D.C. Bar #241667
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2437
christina.o'tousa@usdoj.gov

*Attorneys for the United States of America*

2