UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>      Plaintiff,<br><br>  v.<br><br>FEDERAL TRADE COMMISSION,<br><br>      Defendant. | Civil Action No. 24-3022 (TJK) |

## JOINT STATUS REPORT

Plaintiff Functional Government Initiative and Defendant Federal Trade Commission, through counsel, respectfully submit this Joint Status Report pursuant to the Court's April 29, 2025, Minute Order.

1.    This is a Freedom of Information Act ("FOIA") case. Plaintiff filed its complaint on October 23, 2024, and Defendant timely answered on January 10, 2025. The case concerns two FOIA requests dated August 9, 2024 (assigned Request Nos. 2024-01593 and 2024-01594), that Plaintiff sent to the Federal Trade Commission.

2.    As previously reported, Defendant informed Plaintiff on March 10, 2025, that its response to Request No. 2024-01594 is complete.

3.    With respect to Request No. 2024-01593, Defendant previously reported that it made an interim release to Plaintiff on February 21, 2025, and that it had completed its search and has collected approximately 5,256 potentially responsive records from relevant custodians and offices. Since the last joint status report, Defendant has completed its responsiveness review of the records collected and reports that there are approximately 1,600 responsive records and the total number of pages is approximately 10,708.

4. Under current operating conditions, Defendant can process these documents at a rate of 400 pages per month. Defendant proposes to make interim productions every two months, processing approximately 800 pages for each bimonthly production.

5. The FTC made an interim production to Plaintiff of documents responsive to Request No. 2024-01593. For that production, the FTC reviewed 802 pages and on June 26, 2025, released 177 pages in full or in part and withheld 625 pages in full. The FTC intends to make its next production at the end of August 2025.

6. The parties propose filing an additional Joint Status Report on or before September 4, 2025, with an update to the Court on the status of the FOIA request.

| | |
|---|---|
| Dated: July 8, 2025<br>Washington, DC | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney |
| */s/ Jeremiah Lee Morgan*<br>Jeremiah Lee Morgan<br>WILLIAM J. OLSON, P.C.<br>370 Maple Avenue West Suite 4<br>Vienna, VA 22180<br>(703) 356-5070<br>jmorgan@lawandfreedom.com<br><br>*Counsel for Plaintiff* | By:  */s/ Heather Graham-Oliver*<br>HEATHER GRAHAM-OLIVER<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2520<br>Heather.graham-oliver@usdoj.gov<br><br>*Attorneys for the United States of America* |