UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL TRADE COMMISSION,<br><br>　　　　Defendant. | Civil Action No. 24-3022 (TJK) |

## JOINT STATUS REPORT

Plaintiff Functional Government Initiative and Defendant Federal Trade Commission, through counsel, respectfully submit this Joint Status Report pursuant to the Court's September 4, 2025, Minute Order.[1]

1.　This is a Freedom of Information Act ("FOIA") case.  Plaintiff filed its complaint on October 23, 2024, and Defendant timely answered on January 10, 2025. The case concerns two FOIA requests dated August 9, 2024 (assigned Request Nos. 2024-01593 and 2024-01594), that Plaintiff sent to the Federal Trade Commission.

2.　As previously reported, Defendant informed Plaintiff on March 10, 2025 that its response to Request No. 2024-01594 is complete.

3.　With respect to Request No. 2024-01593, Defendant previously reported that it made an interim release to Plaintiff on February 21, 2025, and that it had completed its search and

---

[1] The parties understand that the Court's November 7, 2025, deadline to submit a further joint status report was automatically extended to December 30, 2025, pursuant to Standing Order 25-59.

has collected approximately 5,256 potentially responsive records from relevant custodians and offices.

4. As reported in the parties' July 8, 2025 Joint Status Report, Defendant completed its responsiveness review of the records collected and identified approximately 1,600 responsive records totaling 10,708 pages. Defendant released 177 pages on June 26, 2025, based on its review of 802 pages, and proposed to continue interim productions every two months, processing approximately 800 pages for each bimonthly production.

5. On August 28, 2025, Defendant released 266 pages of responsive, non-exempt records based on its review of 813 pages. Some responsive records were submitted by a third party.

6. In the last status report, filed on September 4, 2025, Defendant reported that it expected to make its next release at the end of October 2025. Due to the lapse in appropriations, key agency personnel were prohibited from working on this matter, and the anticipated October release was delayed to December.

7. On December 17, 2025, Defendant released 101 pages of responsive, non-exempt records, in whole or in part, based on its review of 800 pages.

8. Defendant is in the process of identifying the full set of records requiring third-party notice and plans to provide notice to any third-party concerning responsive records at the final production stage. Defendant will confer with the third-party and any such records determined not to be exempt will be produced.

9. Consistent with the agreed-upon production schedule, Defendant expects to make its next release at the end of February 2026.

10. The parties propose filing an additional Joint Status Report on or before March 5, 2026, with an update to the Court on the status of the FOIA request.

Dated: December 30, 2025
        Washington, DC

    */s/ Jeremiah Lee Morgan*
Jeremiah Lee Morgan
WILLIAM J. OLSON, P.C.
370 Maple Avenue West Suite 4
Vienna, VA 22180
(703) 356-5070
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:    */s/ David S. Bettwy*
    DAVID S. BETTWY, D.C. Bar #155148
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2410
    David.Bettwy@usdoj.gov

*Attorneys for the United States of America*