UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FUNCTIONAL GOVERNMENT INITIATIVE,

Plaintiff,

v.

FEDERAL TRADE COMMISSION,

Defendant.

Civil Action No. 24-3022 (TJK)

## JOINT STATUS REPORT

Plaintiff Functional Government Initiative and Defendant Federal Trade Commission, through counsel, respectfully submit this Joint Status Report pursuant to the Court's December 31, 2025 Minute Order.

1.     This is a Freedom of Information Act ("FOIA") case.  Plaintiff filed its complaint on October 23, 2024, and Defendant timely answered on January 10, 2025. The case concerns two FOIA requests dated August 9, 2024 (assigned Request Nos. 2024-01593 and 2024-01594), that Plaintiff sent to the Federal Trade Commission.

2.     As previously reported, Defendant informed Plaintiff on March 10, 2025 that its response to Request No. 2024-01594 is complete.

3.     With respect to Request No. 2024-01593, Defendant previously reported that it made an interim release to Plaintiff on February 21, 2025, and that it had completed its search and has collected approximately 5,256 potentially responsive records from relevant custodians and offices.

4.     As reported in the parties' July 8, 2025 Joint Status Report, Defendant completed its responsiveness review of the records collected and identified approximately 1,600 responsive

records totaling 10,708 pages.  Defendant released 177 pages on June 26, 2025, based on its review of 802 pages, and proposed to continue interim productions every two months, processing approximately 800 pages for each bimonthly production.

5.    On August 28, 2025, Defendant released 266 pages of responsive, non-exempt records based on its review of 813 pages.  Some responsive records were submitted by a third party.

6.    On December 17, 2025, after a delay in processing due to the lapse in appropriations from October to November 2025, Defendant released 101 pages of responsive, non-exempt records, in whole or in part, based on its review of 800 pages.

7.    In the December 30, 2025 Joint Status Report, Defendant reported that it was identifying the full set of records requiring third-party notice and planned to notify any third-parties concerning such records at the final production stage.

8.    On February 24, 2026, Defendant released in whole or in part 199 pages of responsive, non-exempt records based on its review of 812 pages.

9.    On April 30, 2026, Defendant released in whole or in part 277 pages of responsive, non-exempt records based on its review of 808 pages.

10.    Consistent with the agreed-upon production schedule, Defendant plans to make its next release of response records by the end of June 2026.

11.    The parties propose setting the deadline for the next Joint Status Report on August 14, 2026 to update the Court on the status of productions.

\*        \*        \*

2

Dated: June 16, 2026
            Washington, DC

            */s/ Jeremiah Lee Morgan*
Jeremiah Lee Morgan
WILLIAM J. OLSON, P.C.
370 Maple Avenue West Suite 4
Vienna, VA 22180
(703) 356-5070
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:            */s/ David S. Bettwy*
      DAVID S. BETTWY, D.C. Bar #155148
      Assistant United States Attorney
      601 D Street, NW
      Washington, DC 20530
      (202) 252-2410
      David.Bettwy@usdoj.gov

*Attorneys for the United States of America*

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FUNCTIONAL GOVERNMENT INITIATIVE,

      Plaintiff,

    v.                                                                  Civil Action No. 24-3022 (TJK)

FEDERAL TRADE COMMISSION,

      Defendant.

**[PROPOSED] ORDER**

After considering the parties' Joint Status Report, the Court ORDERS that

The parties shall submit another Joint Status Report by August 14, 2026, to inform the

Court about the status of any outstanding issues that they believe should be brought to its attention.

_____                          _____
Date                                                              TIMOTHY J. KELLY
                                                                     United States District Judge